IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YNOHTNA CARROLL,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**# 214931**

v.　　　　　　**CASE NO: 4:22-CV-00888-JM-JTK**

**MCFADDEN,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 17) is GRANTED.

2. Plaintiff's claims against Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. Plaintiff's Complaint (Doc. No. 1-1) is DISMISSED without prejudice.

4. The Court certifies that an <u>in forma pauperis</u> appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 28th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE