## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**YNOHTNA CARROLL,**                                                                **PLAINTIFF**
**# 214931**

**v.**                                      **CASE NO: 4:22-CV-00888-JM**

**MCFADDEN,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE